IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE L. HANEY,   No. CIV S-11-1218-MCE-CMK-P

    Plaintiff,

  vs.   ORDER

A. NANGALAMA, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On October 5, 2011, the court issued an order setting a schedule for this litigation.  In that order, the parties were informed that discovery requests are to be served on the opposing party, but not filed with the court unless required by the local rules.  However, plaintiff has submitted to the court several discovery requests to be filed.  These documents are not properly filed with the court, as plaintiff was previously informed.  The court will therefore disregard each of these discovery requests.  Plaintiff is cautioned not to file unnecessary documents with the court in the future.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that the discovery requests filed by the plaintiff (Docs. 17, 18, 19, 20, 21, 22) are disregarded.

DATED: October 28, 2011

*[signature]*

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE