IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE L. HANEY, | No. 2:11-cv-01218-MCE-CMK-P |
| Plaintiff, | |
| v. | ORDER |
| A. NANGALAMA, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 23, 2013, the Magistrate Judge filed findings and recommendations herein (ECF No. 65) which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 65) filed January 23, 2013, are ADOPTED IN FULL; and

2. Plaintiff's Motion for a Temporary Restraining Order and Motion for a Preliminary Injunction (ECF No. 36) is DENIED.

Date:  March 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

2